# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1598
_____

United States of America

*Plaintiff - Appellee*

v.

Craig Allen

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 5, 2024
Filed: July 11, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Craig Allen appeals after the district court[1] denied his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2). His counsel has filed a motion to

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

withdraw, and has filed a brief challenging the denial. Allen has also filed a pro se brief.

Upon careful review, we conclude that the district court did not abuse its discretion in finding that a reduction was not warranted. See United States v. Boyd, 819 F.3d 1054, 1056 (8th Cir. 2016) (per curiam) (district court's decision whether to grant authorized § 3582(c)(2) motion is reviewed for an abuse of discretion).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____